# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ROBERTO CARRILLO-GUTIERREZ,<br><br>Defendant. | Case No.: 22-cr-2140-JO<br><br>**ORDER CONTINUING MOTION HEARING/TRIAL SETTING** |

On February 14, 2023, the parties filed a Joint Motion to Continue the Motion Hearing/Trial Setting currently set for February 17, 2023 to April 7, 2023. For good cause appearing, the Court GRANTS the joint motion to continue [Dkt. 24] and sets the Motion Hearing/Trial Setting on April 7, 2023 at 1:30 p.m.

For the reasons set forth in the joint motion, the Court finds that the ends of justice will be served by granting the requested continuance, and these outweigh the interests of the public and the defendant in a speedy trial. Accordingly, the delay occasioned by this continuance is excludable pursuant to 18 U.S.C. § 3161(h)(7)(A).

//
//
//
//
//
//

22-cr-2140-JO

1     Further, on September 22, 2022, the Defendant filed a pretrial motion that remains
2 pending. Accordingly, the Court finds that time from September 22, 2022 to April 7, 2023
3 shall be excluded under the Speedy Trial Act on grounds that a pretrial motion is pending.
4 18 U.S.C. § 3161(h)(1)(D).

5     The parties are instructed to appear in person at the hearing on April 7, 2023, and to
6 be prepared to discuss the progress of discovery and the setting of a trial date.

8     IT IS SO ORDERED.
9 Dated: 2/15/23

                                  Hon. Jinsook Ohta
                                  UNITED STATES DISTRICT JUDGE